UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: POLAROID CORPORATION

| | |
|---|---|
| WIND DOWN ASSOCIATES, LLC as Plan Administrator on Behalf of the Estates of Polaroid Corporation et al., <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BERTSCHNEIDER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-672-**SLR** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and expenses. This adversary proceeding is hereby closed.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP <br><br> _/s/ M. Minella_ <br> Joseph A. Malfitano (No. 4020) <br> Maribeth L. Minella (No. 4185) <br> Erin Edwards (No. 4392) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19899-0391 <br> Phone: (302) 571-6600 <br> Email: mminella@ycst.com <br><br> -and- <br><br> KELLEY DRYE & WARREN LLP <br> Jay N. Heinrich <br> 101 Park Avenue <br> New York, New York 10178 <br> Phone: (212) 803-7800 <br><br> Attorneys for Plaintiff | POTTER ANDERSON & CORROON LLP <br><br> _/s/ E.E. Allinson III_ <br> Elihu E. Allinson, III (No. 3476) <br> Susanne M. Hill (No. 4419) <br> Hercules Plaza, Sixth Floor <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, Delaware 19899-0591 <br> Phone: (302) 984-6000 <br> Email: shill@potteranderson.com <br><br> and- <br><br> MCDERMOTT WILL & EMERY LLP <br> Stephen B. Selbst <br> 50 Rockefeller Plaza <br> New York, New York 10020 <br> Phone: (212) 547-5400 <br><br> Attorneys for Defendant |

SO ORDERED:

Date:_____, 2005        _____

## CERTIFICATE OF SERVICE

I, Maribeth L. Minella, Esquire hereby certify that on April 22, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Elihu Ezekiel Allison, III, Esquire
> Potter Anderson & Corroon, LLP
> 1313 N. Market St., Hercules Plaza, 6th Fl.
> P.O. Box 951
> Wilmington, DE 19801

I further certify that on April 22, 2005, I caused a copy of the foregoing document to be served on the following non-registered participants in the manner indicated:

**BY FIRST-CLASS MAIL**

> Stephen B. Selbst, Esq.
> McDermott Will Emery LLP
> 50 Rockefeller Plaza
> New York, NY 10020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ m. m.*
_____
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

WP3:1105551.1

58670.1001